IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brink's Home Security, Inc., | No. CV 06-2365-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Caliber Holdings Company, LLC; Platt River Insurance Company, | |
| Defendants. | |

The Complaint in this case alleges jurisdiction based on diversity. Plaintiff and one Defendant are corporations. A corporation is a citizen of the state where it was incorporated and the state of its principal place of business. *Industrial Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990) (citing 28 U.S.C. § 1332(c)). In the Ninth Circuit, a corporation's principal place of business is defined as the location where a majority of the corporation's business activity takes place. *Id.* at 1094. The burden of proving the facts supporting jurisdiction is on the party asserting jurisdiction. *Id.* at 1092 (citations omitted). In the Complaint, Plaintiff has not alleged sufficient information for the Court to determine whether diversity jurisdiction exists because Plaintiff has not alleged the principal place of business of the two corporations.

Additionally, one Defendant is a limited liability company.

> Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma*

*Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen.

*Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Sonoma Falls Developers, L.L.C. v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 922-23 (N.D. Cal. 2003); *see also Johnson v. Columbia Properties Anchorage*, 437 F.3d 894, 899 (9th Cir. Feb. 10, 2006).

Plaintiff has failed to allege the citizenship of every member of the L.L.C. Accordingly, Plaintiff has failed to allege sufficient information to establish diversity jurisdiction.

Therefore,

**IT IS ORDERED** that within 10 days, Plaintiff shall file an amended complaint curing the defects in jurisdiction or this case will be dismissed for lack of federal subject matter jurisdiction.

DATED this 30th day of October, 2006.

_____
James A. Teilborg
United States District Judge

- 2 -