**WO**

# IN THE UNTIED STATES DISTRICT COURT

# FOR THE DISTRICT STATE OF ARIZONA

| | |
|---|---|
| Brink's Home Security, Inc., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| Caliber Holdings Company, LLC, a Utah limited liability company doing business in Arizona as "Caliber Homes" and MJL Homes;" and Platte River Insurance Company, a Nebraska corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. CV-06-2365-PHX-LOA

**ORDER SUBSTITUTING COUNSEL**

Pursuant to the Parties' Consent and Stipulation to Substitution of Counsel, and good cause appearing,

IT IS HEREBY ORDERED that Christopher J. Charles, of Harper, Christian, Dichter, Graif, PC, be and is substituted in place and stead of Jay M. Mann, of Mann, Berens & Wisner, LLP, as attorneys for Platte River Insurance Company in the above-captioned action.

Dated this 26th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge