1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brink's Home Security, Inc., | ) | No. CV-06-2365-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Caliber Holdings Company, LLC, etc.; Platte River Insurance Company, etc, | ) | |
| Defendants. | ) | |

This matter arises on Plaintiff's timely Motion to Amend Complaint. (docket # 28) Plaintiff's counsel advises that "there is no objection to the Second Amended Complaint," *id*. at 1, and, indeed, no written opposition has been filed to the proposed amendment. The reasons for the amendment are "to more adequately explain the documents executed by the parties and the dealings between them which led to the filing of this lawsuit" and to further clarify the facts supporting the jurisdiction of this Court. *Id*. The proposed Second Amended was lodged on April 30, 2007. (docket # 33)

There being no objection and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Amend Complaint (docket # 28) is **GRANTED**. Pursuant to LRCiv 15.1(c), Plaintiff's lodged Second Amended Complaint (docket # 33) is deemed filed the date this Order is entered by the Clerk. (LRCiv 15.1(c)) Defendants shall file their Amended Answers or otherwise proceed pursuant to Rule 12,

1 FED.R.CIV.P., if appropriate, or as the parties may stipulate and agree in writing within
2 **twenty (20)** days from the date this Order is entered.

3 **IT IS FURTHER ORDERED**, pursuant to the Court's inherent authority and
4 Rule 12(f), FED.R.CIV.P., directing the Clerk to strike the incorrect initials ("JAT") and insert
5 the correct initials ("LOA") on the Second Amended Complaint and to strike the following
6 immaterial language to the right of the caption: "**(Amended to Comply With Court's**
7 **Order To Supplement Jurisdictional Allegations)**." (docket # 33 at 1) (emphasis in
8 original).

9 Plaintiff's counsel has been directed to use the correct case number which
10 includes the correct initials in two prior orders, (docket # 18 and # 25 at 6), and by the
11 Clerk's staff through three prior NEFs. (docket # 24, # 26 and # 34). Placing the appropriate
12 case number and initials on pleadings is not a petty requirement. Filing pleadings or other
13 documents containing the wrong case number and initials creates additional work for the
14 overburdened clerks and may lead to misfilings of documents and unnecessary delays in the
15 administration of justice. The Court is at a loss what more a district court can do for counsel
16 to comply with express orders and LRCiv 7.1(a)(3). For one last time, the Court will order
17 all counsel to ensure that all pleadings and other documents filed hereinafter contain the
18 correct number and initials or sanctions may be considered.

19 **IT IS FURTHER ORDERED** that all counsel herein shall use the above-
20 captioned case number and initials on all future pleadings and documents filed herein.

21 DATED this 7th day of May, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge

- 2 -