**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brink's Home Security, Inc., ) | No. CV-06-2365-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Caliber Holdings Company, LLC, etc.;) | |
| Platte River Insurance Company, etc, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter arises on Plaintiff's third Motion to Amend Complaint, filed on October 3, 2007. (docket # 37) The Rule 16(b) Scheduling Order's deadline for motions to amend pleadings was April 30, 2007. (docket # 25; also see footnote 2)

**IT IS ORDERED** that Defendants shall file a written response to Plaintiff's Motion to Amend Complaint by **Tuesday, October 23, 2007**. Plaintiff's Reply shall be filed by **Friday, November 2, 2007**. Absent good cause shown, the failure to timely file a Response or Reply may result in the summary granting or denial of the subject Motion.

DATED this 4th day of October, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge